# Court of Appeals
# of the State of Georgia

ATLANTA,  January 20, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0222. ALVIN JONES v. LARRY JOHNSON et al.**

This case began as a dispossessory action in magistrate court. Following an adverse ruling, defendant Alvin Jones appealed the magistrate court's decision to state court. On December 15, 2014, the state court dismissed the appeal.[1] Jones, through attorney Grady Roberts, filed this application for discretionary appeal on December 30, 2014, appealing from the December 15, 2014 "order." We lack jurisdiction.

Generally, an application for discretionary appeal may be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). However, the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter here is a dispossessory judgment. Pursuant to OCGA § 44-7-56, appeals from a dispossessory judgment must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Because Jones filed his application for discretionary appeal 15 days after the state court's order was entered, it is untimely. Accordingly, we lack jurisdiction to review this application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,    01/20/2015
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

                                        *, Clerk.*

---

[1] Although there is no "official" order submitted with this application, Jones maintains that his case was dismissed on December 15, 2014, and there is a signature, date-stamp, and a handwritten notation on his notice of appeal that may be construed as a dismissal of his appeal.